UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>A. GOMEZ, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00125-LJO-SAB (PC)<br><br>AMENDED ORDER TO SHOW CAUSE WHY DEFENDANT RODRIGUEZ SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)<br><br>[ECF No. 19] |

Plaintiff Mark Shane Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Plaintiff's claim against Defendants A. Gomez, E. Weiss, Y. Sazo, C. Gray, J. Busby, Rodriguez, and J. Doe Nos 1 and 2 for excessive force.

The United States Marshal was not able to locate or identify Defendant Rodriguez, and service was returned un-executed on April 30, 2018. The following information was provided by the Marshal in the remarks of the unexecuted summons: "The CDC is unable to identify a Rodriguez working at the facility during the time specified." (ECF No. 16.)

On May 8, 2018, the Court issued an order for Plaintiff to show cause why Defendant Rodriguez should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 17.) On May 24, 2018, the Court granted Plaintiff thirty additional days to provide additional information for service on Defendant Rodriguez. (ECF No. 20.)

1

On May 23, 2018, Plaintiff filed a motion requesting the Court to "show proof that Phantom Defendants Romero, Swanson, and M. Pomoa exist within Plaintiff's complaint." (ECF No. 19.)

Due to an administrative error, the Court's May 8, 2018 order is HEREBY AMENDED to delete any and all reference to Defendants Romero, Swanson, and M. Pomoa as it relates to only Defendant Rodriguez.

IT IS SO ORDERED.

Dated: __**May 25, 2018**__

UNITED STATES MAGISTRATE JUDGE