**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>A. GOMEZ, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00125-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DISMISSING DEFENDANT RODRIGUEZ PURSUANT TO RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>[ECF No. 35] |

    Plaintiff Mark Shane Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On December 19, 2018, the Magistrate Judge issued a Findings and Recommendation recommending that Defendant Rodriguez be dismissed from the action, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within fourteen days. No objections were filed and the time to do so has expired.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The December 19, 2018, Findings and Recommendation (ECF No. 35) is adopted; and

2. Defendant Rodriguez is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **January 18, 2019**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE