
FILED

MAY 16 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. GOMEZ, et.al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARK SHANE THOMPSON, CDCR #P-84164 |

A settlement conference in this matter commenced on May 16, 2019. Inmate Mark Shane Thompson, CDCR #P-84164 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/16/19

_____
UNITED STATES MAGISTRATE JUDGE

1