# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>A. GOMEZ, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00125-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES, AND GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF Nos. 54, 55] |

Plaintiff Mark Shane Thompson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to extend the time to respond to Defendants' first set of interrogatories, filed September 10, 2019.

On September 25, 2019, Defendants filed a motion to extend the discovery and dispositive motions deadlines.

On the basis of good cause, Plaintiff's request to extend the time to file a response to Defendants' first set of interrogatories is granted, and Plaintiff shall file a response on or before **October 11, 2019**. Plaintiff is advised that no further extensions of time will be granted absent extraordinary circumstances, not present here.

The Court also finds good cause to grant Defendants' request to modify the scheduling order, and the deadlines are extended for Defendants only as follows:

1

1. The deadline to file an exhaustion motion is **January 28, 2020**;
2. The deadline to complete discovery, including filing motions to compel, is March 16, 2010;
3. The deadline for fling pretrial dispositive motions is **May 15, 2010**; and
4. All other provisions of the Court's **May 17, 2020**, amended discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 27, 2019**

UNITED STATES MAGISTRATE JUDGE