# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>A. GOMEZ, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00125-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 79) |

Plaintiff Mark Shane Thompson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a dispositive motion, filed February 9, 2021.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to June 28, 2021.

IT IS SO ORDERED.

Dated:  **February 9, 2021**

UNITED STATES MAGISTRATE JUDGE

1