UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00125-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>(ECF No. 82) |

Plaintiff Mark Shane Thompson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the time to file a dispositive motion, filed June 16, 2021.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to July 12, 2021.

IT IS SO ORDERED.

Dated: __**June 16, 2021**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1