**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK SHANE THOMPSON, | Case No.: 1:18-cv-00125-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO EXTEND THE TRIAL DATE WITHIN TEN DAYS |
| A. GOMEZ, et al., | |
| Defendants. | (ECF No. 115) |

Plaintiff Mark Shane Thompson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Plaintiff's excessive force claim against Defendants Gomez, Weiss, Sazo, and Gray, and on Plaintiff's related failure to intervene claim against Defendants Johnson and Busby, arising from a takedown incident that took place on May 30, 2017.

The case is set for jury trial on October 17, 2022, at 9:00 a.m.

On July 28, 2022, Plaintiff filed a motion to extend the trial date for six months to a year in order for his to locate witnesses and obtain any necessary documentation.  (ECF No. 115)

///

///

///

///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Although the Court is not inclined to grant Plaintiff's request to extend the jury trial date because of the length of time this case has been pending, the Court HEREBY DIRECTS Defendants to file a response within ten (10) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 2, 2022**

UNITED STATES MAGISTRATE JUDGE