# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE A PRETRIAL STATEMENT<br><br>(ECF No. 118) |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 17, 2022, and a pretrial conference is scheduled for September 2, 2022, at 9:30 a.m.

On August 11, 2022, the Court denied Plaintiff's request to continue the trial and directed that his pretrial statement be filed on or before August 22, 2022. (ECF No. 18.) Plaintiff has failed to file his pretrial statement and the deadline has now passed. Accordingly, it is HEREBY ORDERED that within **seven (7)** days from the date of service of this order, Plaintiff shall show cause why sanctions should not be imposed, including dismissal of the action for failure to obey the court's order and for failure to prosecute. Irrespective of whether Plaintiff files a response to the instant order, the Court intends to proceed with the pretrial conference scheduled for September 2, 2022, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 25, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE