# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD AND RE-SERVE THE PRETRIAL ORDER ISSUED ON SEPTEMBER 7, 2022<br><br>(ECF No. 125) |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 7, 2022, the Court issued the pretrial order in this case and the case is set for jury trial on October 17, 2022. (ECF No. 125.)

On September 1, 2022, Plaintiff filed a motion for appointment of counsel which reflects that Plaintiff is currently housed at California State Prison, Los Angeles County (LAC) in Lancaster. (ECF No. 122.) In addition, the Court takes judicial notice of the California Department of Corrections and Rehabilitation inmate locator website which reflects that Plaintiff is presented housed at LAC. See http://inmatelocator.cdcr.gov/search.aspx.; see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned). Although Plaintiff has not filed a notice of change of address as required by Local Rules 182 and 183, in the interest of justice, the Court will direct the Clerk of Court to change Plaintiff's address of record and re-serve the

September 7, 2022 pretrial order. However, Plaintiff is advised that he is required to appraise the Court and Defendants of any change in address and his failure to do so may result in sanctions, including dismissal of the action.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to change Plaintiff's address of record to reflect that he is currently housed at California State Prison, Los Angeles County in Lancaster; and

2. The Clerk of Court shall re-serve the pretrial order issued on September 7, 2022 (ECF No. 125) at Plaintiff's new address of record.

IT IS SO ORDERED.

Dated:   **September 7, 2022**

UNITED STATES MAGISTRATE JUDGE

2