# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>A. GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER REGARDING DEFENDANTS' OBJECTIONS TO THE PRETRIAL ORDER AND **AMENDMENT** TO PRETRIAL ORDER<br><br>(ECF No. 128) |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 7, 2022, the Court issued the pretrial order in this action. (ECF No. 125.)

On September 13, 2022, Defendants filed objections to the pretrial order. (ECF No. 128.)

Defendants seek to clarify that they do not intend to call correctional officer Adrien Smith-Walker at trial because the witness is not available. Defendants also seek to clarify that they are not required to file the proposed exhibits with the Court. Defendants' objections are sustained.

On the basis of good cause, the Court's September 7, 2022, pretrial order is AMENDED to reflect that correctional officer Adrien Smith-Walker is omitted from the list of Defendants' proposed witnesses, and the parties are not required to file the proposed exhibits with the Court.

IT IS SO ORDERED.

Dated: **September 14, 2022**

                                                UNITED STATES MAGISTRATE JUDGE