# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER VACATING OCTOBER 5, 2022, MOTIONS IN LIMINE HEARING<br><br>(ECF No. 110) |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 17, 2022.

Pursuant to the Court's trial scheduling order, Defendants filed motions in limine on September 13, 2022.  However, Plaintiff has not filed any motions in limine or opposition to Defendants' motions in limine and the time to do so has no passed.  The Court finds this matter suitable for decision without oral argument, and the October 5, 2022, motions in limine hearing is VACATED.  Defendants' motions in limine are deemed submitted, and the Court will issue a written decision in due course.

IT IS SO ORDERED.

Dated:  **September 29, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1