# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S APPEARANCE FOR JURY TRIAL ON OCTOBER 17, 2022 |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 17, 2022, at 8:30 a.m.

On September 29, 2022, the Court received notice via email from the Case Records Technician at California State Prison Los Angeles County that Plaintiff is refusing to be transported to Corcoran State Prison in order to allow for his in-person appearance for trial on October 17, 2022.

Because there is no evidence in the record to indicate that Plaintiff is refusing to be transported for purposes of jury trial in this action, the Court will direct Deputy Attorney General, Arthur Mark III, to investigate and determine whether Plaintiff is refusing to be transported and submit any and all supporting evidence to the Court. **Notwithstanding this order, Plaintiff is advised that he is still subject to the September 15, 2022, order to appear in person for jury trial, and Plaintiff's failure to refusal to appear will result in dismissal of**

**the action, with prejudice.**

Accordingly, it is HEREBY ORDERED that within **seven (7)** days from the date of Deputy Attorney General, Arthur Mark III, shall submit documentary evidence as to whether Plaintiff is refusing to be transported for jury trial on October 17, 2022.

IT IS SO ORDERED.

Dated:   **September 29, 2022**

UNITED STATES MAGISTRATE JUDGE