# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>A. GOMEZ, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A STATUS REPORT REGARDING PLAINTIFF'S TRANSPORTATION ON **OCTOBER 14, 2022, BY 12:00 P.M.** |

Plaintiff Mark Shane Thompson is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 17, 2022, at 8:30 a.m.

On October 6, 2022, the Court issued an order directing that Plaintiff be transported to California State Prison-Corcoran on or before 14, 2022, or the case will be dismissed, with prejudice.  (ECF No. 136.)

Defendants are HEREBY DIRECTED to file a status report and evidence by **October 14, 2022, at 12:00 p.m.**, regarding Plaintiff's transportation, including a declaration from a prison official if Plaintiff is refusing to be transported for his trial.

IT IS SO ORDERED.

Dated: **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE