# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHANE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00125-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL FILED ON OCTOBER 25, 2022 AS MOOT<br><br>(ECF No. 146) |

On October 17, 2022, this action filed pursuant to 42 U.S.C. § 1983, was dismissed, with prejudice, based on Plaintiff's failure to appear for the jury trial and judgment was entered. (ECF Nos. 144, 145.)

On October 25, 2022, Plaintiff filed a motion for appointment of counsel. (ECF No. 146.) Inasmuch as this action was dismissed on October 17, 2022, Plaintiff's current motion for appointment of counsel is denied as moot.

IT IS SO ORDERED.

Dated: __October 27, 2022__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE